## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BREE JOHNSON,

               Plaintiff,

        v.

PLANET ORGANIC HOLDING CORP. d/b/a
NATURAL MARKETS FOOD GROUP, THE
CATALYST CAPITAL GROUP, INC., NATURAL
MARKET RESTAURANT CORP., MRS. GREEN'S
MANAGEMENT CORP., MRS. GREEN'S NATURAL
MARKET, INC., MRS. GREEN'S OF 585 HUDSON,
INC., MRS. GREEN'S OF TARRYTOWN, INC., MRS.
GREEN'S OF RYE, INC., PATRICK BROWN, JOSH
TANNER, RONALD MEINDERS, NEWTON
GLASSMAN, JAMES RILEY, GREGORY ENGLISH,
GABRIEL DE ALBA, STEVEN ROSTOWSKY,
ZACHARY MICHAUD, JOHN DOES 1-5 and ABC
CORPORATIONS 1-5,

               Defendants.

Civil Action No.  17-cv-07855-CS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Gregory M. Messer, the

Chapter 7 Trustee of the Bankruptcy Estate of Bree Alexandra Johnson, and Defendants Planet

Organic Holding Corp i/s/a Planet Organic Holding Corp., d/b/a Natural Markets Food Group,

Patrick Brown, Josh Tanner, Ronald Meinders, and The Catalyst Capital Group Inc. by and

through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of

the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED**

**LAW OFFICES OF GREGORY MESSER**

By: _____

Mark R. Bernstein
26 Court Street, Suite 2400
Brooklyn, New York 11242
Phone: (718) 858-1474

*Attorneys for Gregory M. Messer, the Chapter 7 Trustee of the Bankruptcy Estate of Bree Alexandra Johnson*

July 9 _____, 2019

**GORDON REES SCULLY MANSUKHANI LLP**

By: _____

Misty D. Marris
Francis J. Giambalvo
One Battery Park Plaza, 28th Fl.
New York, NY 10004
Phone: (212) 269-5500
mmarris@gordonrees.com
fgiambalvo@gordonrees.com

*Attorneys for Defendants Planet Organic Holding Corp i/s/a Planet Organic Holding Corp., d/b/a Natural Markets Food Group, Patrick Brown, Josh Tanner, and Ronald Meinders*

JULY 2 _____, 2019

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____

David A. McManus
Nicole M. Zito
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
david.mcmanus@morganlewis.com
nicole.zito@morganlewis.com

*Attorneys for Defendant The Catalyst Capital Group Inc.*

June 24 _____, 2019